UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

JAMES D. LUEDTKE,

    Petitioner,

v.

    No. 7:11-CV-00080-HRW

**JUDGMENT**

RICHARD IVES, *Warden*,

    Respondent.

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES** that:

(1)     Judgment **IS ENTERED** in favor of Respondent, David Berkebile, Warden, United States Penitentiary-Big Sandy, in Inez, Kentucky;

(2)     This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay;

(3)     The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); and

(4)     This matter **IS STRICKEN** from the Court's active docket.

This the 3rd day of January, 2012.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge